**Michael Fuller, Oregon Bar No. 09357**
Trial Attorney for Plaintiff
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., 31st Fl.
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570


**Lyndon Ruhnke, Oregon Bar No. 993540**
Of Attorneys for Plaintiff
Lyndon Ruhnke PC
lyndon@lyndonruhnke.com
Phone 503-665-2944

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KATHERINE FRANCO**, a consumer residing in Multnomah County, | Case No. 3:15-cv-02076-JE |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| **NATIONSTAR MORTGAGE LLC**, a Delaware limited liability company, | |
| Defendant. | |

**STIPULATION OF DISMISSAL** - Page 1 of 3

Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., 31st Fl.
Portland, Oregon 97204
Direct 503-201-4570

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff and defendant stipulate to dismissal

of this action with prejudice and without award of fees or costs to any party.


s/ Adam Hughes
Adam Hughes, OSB # 155290
Of Attorneys for Defendant Nationstar Mortgage LLC


s/ Michael Fuller
Michael Fuller, OSB # 09357
Of Attorneys for Plaintiff Katherine Franco


DATED: January 14, 2016


**STIPULATION OF DISMISSAL** - Page 2 of 3

Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., 31st Fl.
Portland, Oregon 97204
Direct 503-201-4570

**CERTIFICATE OF SERVICE**

I certify that on the date below I caused this filing to be served on defendant via ECF to:


**Nationstar Mortgage LLC**
**c/o attorney Adam Hughes**
**AHughes@bwmlegal.com**


DATED: January 14, 2016

                                    s/ Michael Fuller
                                    Michael Fuller, Oregon Bar No. 09357
                                    Trial Attorney for Plaintiff
                                    Olsen Daines PC
                                    US Bancorp Tower
                                    111 SW 5th Ave., 31st Fl.
                                    Portland, Oregon 97204
                                    michael@underdoglawyer.com
                                    Direct 503-201-4570

**STIPULATION OF DISMISSAL** - Page 3 of 3

                                    Olsen Daines PC
                                    US Bancorp Tower
                                    111 SW 5th Ave., 31st Fl.
                                    Portland, Oregon 97204
                                    Direct 503-201-4570